AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-MJ-143 |
| NOLAN B. COOKE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Nolan B. Cooke.

Date:   2/4/2021

/s/
*Attorney's signature*

Jay P Mykytiuk #976597
*Printed name and bar number*

406 5th Street NW Suite 100
Washington, DC 20011

*Address*

jpm@scrofanolaw.com
*E-mail address*

(202) 630-1522
*Telephone number*

*FAX number*