AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Nolan B. Cooke

*Defendant*

Case: 1:21-mj-00143
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nolan B. Cooke,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Acts during civil disorder); 18 U.S.C. § 1752(a)(1) & (a)(2) (Entering/remaining on restricted buildings or grounds & Disorderly/ disruptive conduct in or near restricted building or grounds); and 40 U.S.C. § 5104(e)(2)(D) (Unlawful activities on Capitol grounds)

Date: 01/21/2021

2021.01.21
15:27:13 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/2021, and the person was arrested on *(date)* 1/21/2021
at *(city and state)* Sherman, TX.

Date: 2/5/21

*Arresting officer's signature*

Jeffrey Cotner / Special Agent
*Printed name and title*