IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | NO. 1:21-mj-00143 |
| NOLAN B. COOKE | § | |

### NOTICE OF APPEARANCE

TO THE HONORABLE ROBIN M. MERIWEATHER, UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA:

Now comes DONALD H. FLANARY, III., and respectfully gives notice that he has been retained by NOLAN B. COOKE to represent him in this cause and hereby enters his appearance for NOLAN B. COOKE, Defendant above-named.

Respectfully submitted:

Donald H. Flanary III.
Texas State Bar No. 24045877
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl.
San Antonio, Texas 78212
(210) 738-8383
(210) 728-3438 [Telecopier]

By:   /s/ *Donald H. Flanary, III.*
         Donald H. Flanary, III.
         Texas State Bar No. 24045877

Attorney for Defendant,
NOLAN B. COOKE

1

2

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Nolan B. Cooke's Notice of Appearance of Counsel was electronically sent via CM/ECF to Jolie Zimmerman, Assistant United States Attorney, on <u>February 19, 2021</u>.

<u>/s/ Donald H. Flanary, III.</u>
Donald H. Flanary, III.