# EXHIBIT 1

**PDQ Custom Kitchens**
606 W. Hayes
Savoy, TX 75479
903-965-7215

April 14, 2022

Dear Judge Royce Lamberth,

My name is Jamie Pope and I'm a small town, family owned business of 30 years.

I am aware that Nolan B Cooke is facing charges.

I have known Nolan since he was a small child. He was raised in our small town in North Texas. I have watched him grow into the quiet, friendly, young man he is today.

Nolan currently works for me at my custom cabinet shop, PDQ Custom Kitchens. He started working for me June 28, 2021. He has been and is one of the best employees. He is a huge asset to my company. He is someone who comes to work every day, completes any task asked of him, and willing to learn anything thrown his way. He has proven to very hard working, dependable and respectful.

In my opinion, Nolan has a bright future ahead of him.

When Nolan started working for me, he was very forthcoming with the details of his charges and court dates. Nolan has been upset not only because of his actions but because he posted information on social media. He is aware of his actions and I do feel he has learned a great deal from his mistakes.

I've spoken with Nolan, I understand he has never been in trouble before. I believe Nolan would like to take responsibility for his actions and move on from this incident.

If you would like me to confirm any of the above information, please do not hesitate to contact me.

Sincerely,

*Jamie Pope*

Jamie Pope

Date: May 17, 2022

To: Honorable Judge Royce Lambert
United States District Court for District of Columbia

From: Rhonda Jaynes
304 N Mill St.
Savoy, Tx. 75479
903-815-96669
Rhondalwithrow@gmail.com

Re: Nolan B Cooke

I would like to introduce myself. I am Rhonda Jaynes, a personal friend of the Cooke family. I am writing this letter on behalf of Nolan Cooke.

I have known Nolan since he was 4 years old. He and my son grew up together and were classmates from Pre-k through Graduation at Savoy High School in Savoy, Texas. They played baseball, football and basketball together for over 10 years. Teresa (Nolan's mother) and I were also Cub Scout leaders. I have had Nolan at my home on several occasions where he is always welcome. Nolan was raised in the Catholic church and has strong Christian values. He is well mannered, reserved and not one to cause trouble or seek it out. He is a good man.

I am asking for leniency for Mr. Nolan Cooke. This young man made a mistake. He is passionate about his country and attended what he thought was a peaceful protest. Please allow Nolan the opportunity to move forward and not let this define the rest of his life. He is remorseful and aware that actions have consequences.

I am requesting the court grant probation as punishment for the actions he committed at the Capitol Building on January 6th 2021.

Thank you for your consideration.

*Rhonda Jaynes* (signature)
Rhonda Jaynes