UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-52 (RCL) |
| | : | |
| NOLAN B. COOKE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and defense counsel and to be used by the government in the sentencing in this matter. The government obtained Exhibits 1 through 8 during a search of Defendant's residence pursuant to a criminal search warrant; they were made by Defendant using a digital GoPro camera. Exhibit 9 was obtained from a social media website. The United States does not object to the release of these exhibits to the public. The exhibits are as follows:

1. Government Exhibit 1 is a video approximately 1 minute and 15 seconds in length that shows the crowd behind the barricades on the east side of the Capitol.

2. Government Exhibit 2 is a video approximately 55 seconds in length that shows the crowd behind the barricades on the east side of the Capitol.

3. Government Exhibit 3 is a video approximately 1 minute and 9 seconds in length that shows Defendant Cooke and other rioters attempting to breach the barricades on the east side of the Capitol.

4. Government Exhibit 4 is a video approximately 2 minutes and 18 seconds in length that shows Cooke praying with another rioter and his girlfriend behind the police barricades.

Another rioter can be heard speaking in the background.

5. Government Exhibit 5 is a video approximately 9 minutes and 52 seconds in length that shows the rioters just after the first attempted breach of the barricades and after the police had reestablished the barrier. The audio includes a phone call Cooke made.

6. Government Exhibit 6 is a video approximately 19 minutes and 57 seconds in length that shows the rioters breaching the barricades on the east side of the Capitol, then running towards the steps of the building, and ultimately arriving just outside the Columbus doors. It generally shows Cooke's view of the riot from approximately 2:00 p.m. to 2:20 p.m. EST.

7. Government Exhibit 7 is a video approximately 19 minutes and 59 seconds in length that shows the rioters outside the Columbus doors reacting to pepper gas and attempting to break the windows, as well as Cooke's retreat from the building. It generally shows Cooke's view of the riot from approximately 2:20 p.m. to 2:40 p.m. EST.

8. Government Exhibit 8 is a video approximately 10 minutes in length that shows Cooke at the top of the Capitol steps among the rioters and shows his departure from the restricted area. It generally shows Cooke's view of the riot from approximately 2:40 p.m. to 2:50 p.m. EST.

9. Government Exhibit 9 is a video approximately 9 seconds in length that was posted on Cooke's social media page. It shows a portion of the video footage from Exhibit 6 that

shows the rioters running towards the police officer after breaching the police barricades and the police officers running back towards the Capitol Building.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   /s/*Jolie F. Zimmerman*
        Jolie F. Zimmerman
        D.C. Bar No. 465110
        Assistant United States Attorney
        National Security Section
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Office: 202-252-7220
        Jolie.Zimmerman@usdoj.gov