## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:22-cr-52-RCL |
| NOLAN B. COOKE, | |
| *Defendant.* | |

### ORDER

The government having no objection and the time for filing an objection by NOLAN COOKE having passed, it is hereby **ORDERED** that [55] Application for Access to Video Exhibit by Press Coalition as to NOLAN B. COOKE is **GRANTED**.

It is **ORDERED** that the government shall make the videos referenced in the application available to the applicants within 72 hours in accordance with Standing Order No. 21-28.

It is **FURTHER ORDERED** that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

**IT IS SO ORDERED.**

Date: 6/9/22
1:30 pm

Royce C. Lamberth
United States District Judge